# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**COLONY INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                   Case No. **8:09-cv-1469-T-30MAP**

**MONTECITO RENAISSANCE, INC.,**
**et al.,**

    **Defendants.**
_____/

## **ORDER**

This Court, after consideration of the Motion for Entry of Final Judgment Against Defendant Melinda Pierson (Dkt. #22), hereby orders:

1. The Motion for Entry of Final Judgment Against Defendant Melinda Pierson (Dkt. #22) is granted.

2. Final Declaratory Judgment is hereby entered in favor of Colony Insurance Company and against Melinda Pierson.

3. Colony Insurance Company does not owe Melinda Pierson any duty of defense to Melinda Pierson for the claims of the Underlying Lawsuit filed by Avalon at Clearwater Condominium Association, Inc., pending in Pinellas County, Florida.

4. Colony Insurance Company does not owe to Melinda Pierson any duty of indemnification for any damages which may be awarded in the Underlying Lawsuit filed by Avalon at Clearwater Condominium Association, Inc., against Melinda Pierson.

**DONE** and **ORDERED** in Tampa, Florida on March 24, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1469.default Pierson.frm