UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**COLONY INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                               Case No. 8:09-cv-1469-T-30MAP

**MONTECITO RENAISSANCE, INC.,**
**et al.,**

    **Defendants.**
_____/

## **ORDER**

This Court, after consideration of the Motion for Entry of Final Judgment Against Defendant Glenn Ebers (Dkt. #23), hereby orders:

1. The Motion for Entry of Final Judgment Against Defendant Glenn Ebers (Dkt. #23) is GRANTED.

2. Final Declaratory Judgment is hereby entered in favor of Colony Insurance Company and against Glenn Ebers.

3. Colony Insurance Company does not owe Glenn Ebers any duty of defense to Glenn Ebers for the claims of the Underlying Lawsuit filed by Avalon at Clearwater Condominium Association, Inc., pending in Pinellas County, Florida.

4. Colony Insurance Company does not owe to Glenn Ebers any duty of indemnification for any damages which may be awarded in the Underlying Lawsuit filed by Avalon at Clearwater Condominium Association, Inc., against Glenn Ebers.

**DONE** and **ORDERED** in Tampa, Florida on March 24, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1469.default Ebers.frm