**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**COLONY INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                     Case No.  8:09-cv-1469-T-30MAP

**MONTECITO RENAISSANCE, INC.,**
**et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion for Leave to File Amended Petition for Declaratory Relief (Dkt. 65).  Plaintiff Colony Insurance Company filed this declaratory judgment action seeking a judicial determination of the availability of insurance coverage under an insurance policy issued to Defendant Montecito Renaissance, Inc. for the claims brought by Defendant Avalon at Clearwater Association, Inc., in an underlying lawsuit filed in state court.

Following the filing of this declaratory judgment action, Colony moved for summary judgment against the defendants.  While that motion was pending, the state court approved the filing of a third amended complaint in the underlying litigation.  Because Colony's motion addressed the earlier pleading, this Court denied the motion for summary judgment without prejudice to allow Colony to file a new motion addressing the issues raised by the third amended complaint.

Colony prepared and filed a Renewed Motion for Summary Judgment based on the allegations in the Third Amended Complaint in the underlying action. In its response to the renewed motion, Defendants asserted that Colony must amend its petition for declaratory judgment prior to the filing of a motion for summary judgment on the new allegations. Avalon also filed its own motion for summary judgment on these same grounds.

In light of Defendants arguments, Colony now requests that this Court grant leave to file an amended petition for declaratory relief to address the allegations in the Third Amended Complaint in the state court action. The filing of the Amended Petition makes Defendants' responses to Colony's Motion for Summary Judgment and Avalon's Motion for Summary Judgment moot. The Court will therefore deny Avalon's motion as moot and allow Defendants to file new responses to Colony's Motion for Summary Judgment.

In addition, it appears as the though the underlying state court action is still in the pleading stage with the possibility that there may be more changes to the allegations in that case, which may have an effect on this Court's ability to enter judgment in this matter. The parties are directed to file a notice with this Court of the status of the underlying action within twenty days.

It is therefore ORDERED AND ADJUDGED that:

1.   Plaintiff's Unopposed Motion for Leave to File an Amended Petition for Declaratory Relief (Dkt. 65) is GRANTED. Plaintiff shall file the Amended Petition by May 20, 2011. Defendants shall file answers to the Amended Petition within fourteen (14) days following the filing of the Amended Petition.

2.      Defendants shall file new responses to Colony's Motion for Summary Judgment within fourteen (14) days following the filing of their Answers to the Amended Petition.

3.      Defendant Avalon at Clearwater Association, Inc.'s Motion for Summary Judgment (Dkt. 61) is DENIED as moot.

4.      The parties are directed to file a status report regarding the underlying state court litigation within twenty (20) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida on May 19, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1469.leave to amend 65.frm